# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | 410-2022-00941 |
| ☐ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Chantavious Smith | 470-663-3181 | 07/20/1998 |

| Street Address | City, State and ZIP Code |
|---|---|
| 256 County Club Dr. | Jonesboro, GA 20238 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two are named, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Allied Universal Security Services | 1000+ | N/a |

| Street Address | City, State and ZIP Code |
|---|---|
| 3355 Lenox Rd NE Suite 300, Atlanta, GA 30326 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Universal Protection Service LLC | 1,000+ | N/a |

| Street Address | City, State and ZIP Code |
|---|---|
| 1551 N. Tustin Avenue, #650, Santa Ana, CA, 92705, USA | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 8/28/2021   Latest: 11/07/2021
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began working at the above employer in August of 2021. I was a supervisor for Allied. We provided security for Zoo Atlanta. I worked a 7:00 PM to 7:00 AM 12 hour shift 3 days a week. A new supervisor was hired named John Burnett. Mr. Burnett began to try to talk to me about sexual things. It made me uncomfortable. I went to our Lenox office and made a complaint of sexual harassment. After my complaint my schdule was changed from 3 12-hour shifts to 2 10-hour shifts. When I saw this change, I was upset. I didn't think it was fair that I lost a shift because I made a complaint of sexual harassment. I went back to the Lenox office and made another complaint. This time my complaint was retaliation. Then on November 7 I was fired in retaliation for my complaints.

I believe I have been sexually harassed and retaliated against in violation of Title Vii of the 1964 Civil Rights Act as amended.

**EEOC RECEIVED 11/08/2021**

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State or Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 11/8/2021 | *DocuSigned by:* Chantavious Smith — 895764DA6535443... | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| Date | Charging Party Signature | |