# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CHANTAVIOUS SMITH,** | |
| Plaintiff, | CIVIL ACTION NO. 1:22-cv-04698-AT-JKL |
| v. | |
| **UNIVERSAL PROTECTION SERVICE, LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES ("ALLIED UNIVERSAL") AND ZOO ATLANTA** | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff Chantavious Smith and Defendants Universal Protection Service LLC, and Zoo Atlanta, hereby stipulate to a dismissal with prejudice of all claims in the above-styled case. Each party will bear their own costs and fees in this case.

Respectfully submitted this 1st day of June 2023.

| | |
|---|---|
| /s/ J. Stephen Mixon<br>J. Stephen Mixon<br>Georgia Bar No. 514050<br><br>THE MIXON LAW FIRM<br>3344 Peachtree Rd N.E., Suite 800,<br>Atlanta, Georgia 30326<br>Phone: (770) 955-0100<br><br>**COUNSEL FOR PLAINTIFF** | /s/ Brendan F. Sullivan<br>Brendan F. Sullivan<br>GA Bar No. 293808<br>Lindsay McCall<br>GA Bar No. 731830<br>MARTENSON, HASBROUCK &<br>SIMON LLP<br>2573 Apple Valley Rd, N.E.,<br>Atlanta, GA, 30319<br><br>**COUNSEL FOR DEFENDANT UNIVERSAL PROTECTION SERVICE LLC**<br><br>/s/ John D. Bennett<br>John D. Bennett<br>GA Bar No. 059212<br>Kristen S. Daughdril<br>Ga Bar No. 633350<br>FREEMAN, MATHIS & GARY LLP<br>100 Galleria Parkway, Suite 1600<br>Atlanta, GA, 30339<br><br>**COUNSEL FOR DEFENDANT ZOO ATLANTA** |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHANTAVIOUS SMITH,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICE, LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES ("ALLIED UNIVERSAL") AND ZOO ATLANTA<br><br>Defendants. | CIVIL ACTION NO.<br>1:22-cv-04698-AT-JKL |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this day I electronically filed the above document with the Clerk of court using the CM/ECF system which will automatically send email notification to all attorneys of record:

Respectfully submitted this 1st day of June, 2023.

/s/ J. Stephen Mixon
J. STEPHEN MIXON, ESQ.
Attorney for plaintiff
GA Bar No. 514050

The Mixon Law Firm
3344 Peachtree Rd N.E., Suite 800
Atlanta, GA, 30326.
(770) 955 0100